Louise Henninger KING, as Executrix of John Pierce King, Deceased, Appellant, v. UNITED STATES of America, Appellee.

No. 6557.

Circuit Court of Appeals, Fifth Circuit.

March 14, 1933.

John L. Early, of Sarasota, Fla., for appellant.

The United States Attorney, of Jacksonville, Fla., for the United States.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The above numbered and entitled cause, coming on to be heard, comes the appellee therein and confesses that in the record and proceedings of the court below therein there is reversible error. Because of such error so confessed, it is ordered and adjudged that the judgment of said District Court in said cause be and the same is reversed, and that said cause be remanded to said District Court, with direction that a new trial thereof be granted.

---

A. E. KNIGHT, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Appellee.

No. 7117.

Circuit Court of Appeals, Fifth Circuit.

April 30, 1934.

See, also (D. C.) 4 F. Supp. 713.

J. P. Highsmith, of Baxley, Ga., and W. G. Thomas, of Jesup, Ga., for appellant.

Larry E. Pedrick, Leon A. Wilson, and John W. Bennett, all of Waycross, Ga., for appellee.

PER CURIAM.

A motion having been made by appellee to dismiss the above cause on the ground that the judgment appealed from was not a final judgment, by direction of the court with the consent of appellee, said cause is hereby dismissed on the ground that the judgment appealed from is not a final judgment, without prejudice to the right of appellant to appeal from said ruling after final judgment in the District Court.

---

Andrew KNAPSCHAFER v. UNITED STATES of America.

No. 6446.

Circuit Court of Appeals, Sixth Circuit.

March 15, 1934.

J. F. Denney, of Fort Recovery, Ohio, for appellant.

Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio, for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss the indictment.

---

Philip LaCHANCE, Appellant, v. UNITED STATES of America.

No. 9852.

Circuit Court of Appeals, Eighth Circuit.

March 26, 1934.

Alexander Fosmar, of Crookston, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., and James L. Krusemark, Asst. U. S. Atty., of Minneapolis, Minn., for the United States.

PER CURIAM.

Cause remanded to District Court with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.